UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEX PALENCIA; JUAN CORDERO; and MARIBEL MENDOZA,<br>    Plaintiffs,<br>v.<br><br>BILIC ENTERPRISES, INC. TARRAGON RESTAURANT, INC; TONY BILIC; and DOTTIA BILIC.,<br><br>    Defendants.. | Case No:   5:16-cv-01432-RMW<br><br>**CASE MANAGEMENT ORDER**<br><br>DATE: June 24, 2016<br>TIME:10:30 am<br>DEPT: Courtroom 6, 4th Floor, San Jose<br><br>**HON. RONALD M. WHYTE** |

CASE MANAGEMENT ORDER

Based on the parties' joint case management statement1 and the case management conference held on June 24, 2016, the Court ORDERS as follows:

1. That the presumptive limits on discovery apply to this case.  Interrogatories: 25 per side. Depositions: 10 per side. Request for production of documents: no limit but must be narrowly tailored. Request for admissions: 10 per side, the court is open to increase if any authenticity issues arise;

2. That the matter be referred to mediation, mediation to occur within 90 days.

3. The following deadlines are also set:

   a. Deadline to complete fact discovery: 11/1/2016.

   b. Deadline to exchange expert reports: 11/15/2016.

   c. Deadline to complete expert discovery: 12/1/2016.

   d. Last day to hear dispositive motions: 12/16/2016 at 9:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte.

   e. Pretrial Conference: 3/2/2017 at 2:00 PM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte.

   f. Bench trial: 4/17/2017 at 1:30 PM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte.

4. Parties to contact chambers if they wish to proceed with a Magistrate Judge settlement conference in September or October of 2016.  In the event the matter is reassigned, the parties may also contact this Court to hold a Mandatory Settlement Conference.

5. Plaintiffs shall have 60 days to add any additional parties.

IT IS SO ORDERED.

Dated: 7/5/2016

_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

**CASE MANAGEMENT ORDER**